FILED

AUG 10 2006

RALPH L. DeLOACH, CLERK
By Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
Plaintiff,
vs.
LEROY FONDREN, JR.,
Defendant.

Case No. 06-M-8087-01-DJW

# CRIMINAL COMPLAINT

I, Jason Sutton, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

On or about August 8, 2006, in the District of Kansas, the defendant,

**LEROY FONDREN, JR.,**

who had been convicted in 1993, case number 93CR30006, of Possession with Intent to Distribute Cocaine Base and Criminal Possession of a Firearm; in the United States District Court for the Southern District of Illinois, crimes punishable under federal law by imprisonment for a term exceeding one year, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received a firearm, namely, a .380 caliber MK IV/Series 80 pistol, Government Model .380, serial number RR25925, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and (2) and 924(a)(2).

The following facts were made known to me by personal observation or from

information I received from Kansas City Kansas Police Officers and/or from other individuals:

1. I am a Detective with the Kansas City, Kansas Police Department, where I have been employed since 1992. I am currently assigned as a Task Force Officer with the ATF and have been in that capacity since 2004. I am assigned to assist in the investigation of violations of Federal firearms laws

2. On Tuesday August 8, 2006 at about 7:11 p.m., Police Officer Scott Ladish was on routine patrol in the area of 9th & Oakland Avenue, Kansas City, Kansas, when he recognized a black male subject named Leroy Fondren. Officer Ladish knew that Fondren had an outstanding warrant for his arrest and attempted to make contact with Fondren to arrest him for the warrant. Officer Ladish ordered Fondren to stop and Fondren continued to walk away. Officer Ladish grabbed Fondren's left arm and he pulled away. Fondren then pulled a .380 caliber MK IV/Series 80 pistol, Government Model .380, serial number RR25925, from his waistband and tossing it into the grass. Officer Ladish attempted to grab Fondren again and Fondren continued to pull away. As Fondren was pulling away he reached into his left pant pocket and removed several clear plastic baggies that contained an off-white rock like substance, believed to be crack cocaine, throwing them onto the street. Fondren then tried to destroy the evidence by stepping on the bags with his shoes. Officers were then able to take Fondren into custody. The pistol was loaded with five bullets when it was recovered. Officer Gardner's in-car microphone was able to record Fondren openly stating that he found the gun and the dope and picked them up.

3. An interstate nexus of the firearm has been done and it was determined that the firearm was not manufactured in Kansas and would have traveled through interstate commerce in order to be found in Fondren's possession.

4. I believe the facts and circumstances related in the previous paragraphs constitutes probable case to believe that Leroy Fondren, Jr., knowingly and unlawfully violated Federal laws noted above.

JASON SUTTON
ATF TFO/Detective KCKPD

Sworn to before me and subscribed in my presence this 10th day of August, 2006, at Kansas City, Kansas.

UNITED STATES MAGISTRATE JUDGE
District of Kansas

Penalties:

COUNT 1 -

- NMT 10 years imprisonment,
- NMT $250,000.00 fine,
- NMT 3 years S.R., and
- $100 Special Assessment